IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UBUNTU HOLDINGS, LLC<br><br>Plaintiff,<br><br>v.<br><br>CHICAGO ATLANTIC ADMIN, LLC, as Administrative Agent and Collateral Agent,<br><br>Defendant. | Case No. 1:24-cv-05586<br><br>Judge Andrea R. Wood |

## MOTION TO WITHDRAW ATTORNEYS HENDERSON, MORSCH, AND LASER'S MOTIONS TO WITHDRAW AS COUNSEL

On November 15, 2024, attorneys Nathan S. Henderson, James A. Morsch, and Thomas A. Laser, all of Saul Ewing LLP, all filed Motions to Withdraw as Counsel [Dkt. Nos. 20, 21, 22 (respectively)]. Since filing all three motions, the undersigned counsels and Plaintiff have conferred, and subsequently agreed to continued representation. Accordingly, Attorneys Henderson, Morsch, and Laser all seek to withdraw their Motions to Withdraw as Counsel, and continue their representation of Plaintiff.

WHEREFORE, Attorneys Henderson, Morsch, and Laser respectfully request the Court direct the Clerk to withdraw, or otherwise strike from the docket, their respective Motions to Withdraw as Counsel [Dkt. Nos. 20, 21, 22].

Dated: November 21, 2024

Respectfully submitted,

/s/ *James A. Morsch*
James A. Morsch

/s/ *Thomas A. Laser*
Thomas A. Laser

/s/ *Nathan Henderson*
Nathan Henderson

**SAUL EWING**

James A. Morsch (#6209558)
Thomas Laser (#6324217)
Nathan Henderson (#6339097)
161 North Clark Street
Suite 4200
Chicago, IL 60601
 (312).876.7866
jim.morsch@saul.com
Firm No. 62702

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have served the attached document by causing it to be delivered by electronic means to the parties of record through the ECF filing system this 21st day of November 2024.

DATED: November 21, 2024                               By:    */s/ Nathan Henderson*